STATE OF LOUISIANA      *      NO. 2018-KA-0355

VERSUS      *      COURT OF APPEAL

TEDDY R. MAGEE      *      FOURTH CIRCUIT

     *      STATE OF LOUISIANA

     *

     *

* * * * * * *

**LOBRANO, J., CONCURS IN THE RESULTS OF JUDGE ATKINS.**